JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Jaclyn Yanni and Pasquale Yanni, Sr.
1908 Jefferson Court. North Wales. PA 19454

**(b)** County of Residence of First Listed Plaintiff: Montgomery
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Christopher J. Brill, Esq. 215-860-2500
301 South State Street, Suite N105, Newtown, PA 18940

## DEFENDANTS

Andrew J. Ford
2 Independence Court. Marlton. NJ 08053

County of Residence of First Listed Defendant: Burlington
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [X] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1332

Brief description of cause:
Monetary claim for damages arising out of a motor vehicle collision

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ >150,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE: 2/17/2025

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

10/2024

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## DESIGNATION FORM

Place of Accident, Incident, or Transaction: Route 309 Southbound, Cheltenham Township, Montgomery County, PA

***RELATED CASE IF ANY:*** Case Number:______________ Judge:______________

1. Does this case involve property included in an earlier numbered suit? Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation. Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☒ **is not** related to any pending or previously terminated action in this court.

**Civil Litigation Categories**

*A.* ***Federal Question Cases:***

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Wage and Hour Class Action/Collective Action
☐ 6. Patent
☐ 7. Copyright/Trademark
☐ 8. Employment
☐ 9. Labor-Management Relations
☐ 10. Civil Rights
☐ 11. Habeas Corpus
☐ 12. Securities Cases
☐ 13. Social Security Review Cases
☐ 14. Qui Tam Cases
☐ 15. Cases Seeking Systemic Relief ***see certification below***
☐ 16. All Other Federal Question Cases. *(Please specify)*:______________

**B.** ***Diversity Jurisdiction Cases:***

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☒ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury (*Please specify*):__________
☐ 7. Products Liability
☐ 8. All Other Diversity Cases: *(Please specify)*__________

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☒ **does not** have implications beyond the parties before the court and ☐ **does** / ☒ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION

| | |
|---|---|
| JACLYN YANNI and PASQUALE YANNI, SR., her husband<br>1908 Jefferson Court<br>North Wales, PA 19454 | CASE NO. |
| vs. | |
| ANDREW J. FORD<br>2 Independence Court<br>Marlton, NJ 08053 | TRIAL BY JURY<br>OF TWELVE DEMANDED |

**COMPLAINT**

1. Plaintiff JACLYN YANNI is an adult individual residing at 1908 Jefferson Court, North Wales, Montgomery County, Pennsylvania 19454.

2. Plaintiff PASQUALE YANNI, SR. is an adult individual residing at 1908 Jefferson Court, North Wales, Montgomery County, Pennsylvania 19454 and is the husband of co-plaintiff JACLYN YANNI.

3. Defendant ANDREW J. FORD is an adult individual residing at 2 Independence Court, Marlton, New Jersey 08053.

Nature of the Case

4. Plaintiffs bring this action for monetary damages as a result of injuries sustained by plaintiff JACLYN YANNI arising out of a motor vehicle accident which occurred on March 1, 2023 in Cheltenham Township, Montgomery County, Pennsylvania.

Jurisdiction and Venue

5. Jurisdiction is invoked pursuant to 28 U.S.C. § 1332 based upon diversity of citizenship, and the matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332.

6. Venue is properly within the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1391 since the subject motor vehicle collision occurred within the United States District Court for the Eastern District of Pennsylvania.

**COUNT I**

**JACLYN YANNI vs. ANDREW J. FORD**

7. Plaintiffs incorporate by reference paragraphs 1 through 6, supra, as fully as though the same were set forth herein at length.

8. On or about March 1, 2023 at approximately 5:00 p.m., plaintiff JACLYN YANNI was operating a motor vehicle traveling southbound on Route 309 in Cheltenham Township, Montgomery County. Defendant ANDREW J. FORD was operating a motor vehicle also traveling southbound on Route 309 directly behind plaintiff JACLYN YANNI as she attempted to exit the ramp and merge onto Easton Road.

9. At the time, date and place aforesaid, plaintiff JACLYN YANNI's vehicle came to a complete stop due to traffic, at which time, defendant ANDREW J. FORD, suddenly and without warning, rear ended plaintiff's stopped vehicle.

10. The conduct of defendant ANDREW J. FORD was negligent and careless and the cause of plaintiffs' injuries and harm, for any or all of the following reasons:

(a) Failing to remain alert and attentive under the circumstances;

(b) Failing to have and keep his vehicle under proper or reasonable control;

(c) Operating his vehicle in a careless manner;

(d) Failing to maintain proper and reasonable diligence while using the highway;

(e) Operating his motor vehicle without due regard for the rights, safety and position of the plaintiffs;

(f) Failing to observe the rules of the road in such cases made and provided governing the movements of travelers on the highway;

(g) Operating his vehicle without observing and heeding the road and traffic conditions then and there existing;

(h) Operating his vehicle in a manner violating the statutes of the Commonwealth of Pennsylvania governing the operation of motor vehicles on public streets and highways, including Section 3310A Following Too Closely and Section 1301A Registration and Certificate of Title Required.;

(i) Otherwise failing to execute due care under the circumstances; and

(j) Otherwise operating his vehicle in a careless manner.

11. As a result of the collision caused by the conduct of defendant as aforesaid, plaintiff JACLYN YANNI sustained serious personal injuries, including cervical strain and sprain; lumbar strain and sprain; lumbar radiculopathy; left hip; left leg; left foot; depression; anxiety; and other ills and injuries some of which may, and probably will be, permanent.

12. As a further result of the aforesaid accident, plaintiff JACLYN YANNI has undergone physical pain and suffering, mental pain and suffering, emotional upset, worry, anxiety, apprehension, frustration, humiliation, embarrassment, inconvenience, a general loss of pleasure and enjoyment of life, and a serious impairment of bodily function, and will continue to endure same for an indefinite period of time in the future to her great detriment and loss.

13. As a further result of the aforesaid, plaintiff JACLYN YANNI has been obliged to receive and undergo medical treatment and care and to incur various medical expenses for the injuries she suffered, and she may be required to undergo future medical treatment and incur future medical expenses.

14. As a further result of the aforesaid, plaintiff JACLYN YANNI has experienced a loss of earning capacity and may experience a future work loss and/or an impairment of future earning capacity.

WHEREFORE, plaintiff JACLYN YANNI demands damages from defendant ANDREW J. FORD in an amount in excess of $150,000.00 plus interest, costs and delay damages, if applicable.

**COUNT II**

**PASCQUALE YANNI, SR. vs. ANDREW J. FORD**

**CONSORTIUM CLAIM**

15. Plaintiffs hereby incorporate by reference paragraphs 1 through 14 as fully as though the same were set forth herein at length.

16. As a further result of the negligence of defendant as aforesaid, plaintiff PASQUALE YANNI, SR. has been, and will continue to be, deprived of the society, companionship, services and consortium of his wife JACLYN YANNI all to his great loss and detriment.

WHEREFORE, plaintiff PASQUALE YANNI, SR. demands damages from the defendant ANDREW J. FORD in an amount in excess of $150,000.00, plus interest, costs and delay damages, if applicable.

/CJB5517

CHRISTOPHER J. BRILL, ESQ.
Attorney for Plaintiffs
I.D. No. 27535
301 South State Street, Suite N105
Newtown, PA 18940
(P) 215-860-2500
(F) 215-860-6863
Email: chris@christopherjbrill.com

**VERIFICATION**

I, JACLYN YANNI, hereby verify that the statements made in the foregoing Complaint are true and correct to the best of my knowledge and belief. I further understand that false statements herein are made subject to the penalties of 18 Pa.C.S. Section 4904, relating to unsworn falsifications to authorities.

Dated: 2-17-25

Jaclyn Yanni

JACLYN YANNI